IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                            Case No. 07-00012-01-CR-W-DW

v.

DEMARIO B. GRIFFIN,

        Defendant.

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGES**: On January 5, 2007, the Grand Jury returned a one count indictment against defendant Demario Griffin. The indictment charges that on about May 13, 2006, defendant Griffin, having been convicted of a crime punishable by imprisonment for a term exceeding one year, possessed ammunition, to wit, forty-one rounds of Wolf .45 caliber ammunition and forty-two rounds of Independence .45 caliber ammunition.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: Christina Tabor
    Case Agent: Task Force Officer Wayne Hartley
    Defense: John O'Connor

**OUTSTANDING MOTIONS**: Government Motion In Limine to Exclude Defendant's Exculpatory Hearsay Statements doc. # 46; if defendant opposes the motion he will respond next week.

**TRIAL WITNESSES**:
    Government: 9 with stipulations
    Defendants: 2 witness, the defendant may testify

**TRIAL EXHIBITS**
    Government: 30 exhibits
    Defendant: 5 exhibits for defendant

**DEFENSES**: General Denial

**POSSIBLE DISPOSITION**:
    (X) Definitely for trial; ( ) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME: 2 ½ days**
   Government's case including jury selection: 2 days
   Defense case: ½ day or less

**STIPULATIONS**: Defendant is stipulating to his prior felony conviction.

**UNUSUAL QUESTIONS OF LAW:** None. (However, the trial judge should be aware that one potential trial witness has asked for appointment of counsel. The Government will oppose any effort by this witness to claim the Fifth Amendment.)

**FILING DEADLINES:**

   **Witness and Exhibit List**
   Government: Friday before the pretrial conference
   Defense: Friday before the pretrial conference
   **Counsel are requested to list witnesses in alphabetical order on their witness list.**

   **Exhibit Index, Voir Dire, Jury Instructions: Noon, Wednesday July 3, 2007**
   **Please Note**: Jury instructions must comply with Local Rule 51.1

**TRIAL SETTING**: Criminal jury trial docket commencing July 9, 2007.
   **Please note: Counsel request the second week of the docket due to government witnesses being unavailable the first week**

**IT IS SO ORDERED.**

              _____/s/_____
                        SARAH W. HAYS
                  United States Magistrate Judge

2